UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**VONERIC GONDER**                                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 2:20-CV-00124-BD**

**SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 15th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE